Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−10654−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kyle E. Hesson
14 New York Avenue
Burlington, NJ 08016

Tamiko P. Hesson
fka Tamiko Perry
14 New York Avenue
Burlington, NJ 08016

Social Security No.:
xxx−xx−9423

xxx−xx−3572

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 19, 2016.

On 11/10/2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                December 27, 2016
Time:                10:00 AM
Location:            Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 14, 2016
JJW: gan

James J. Waldron
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 16-10654-MBK
Kyle E. Hesson
Tamiko P. Hesson                                              Chapter 13
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Nov 14, 2016
                              Form ID: 185             Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2016.
```
db/jdb         +Kyle E. Hesson,    Tamiko P. Hesson,    14 New York Avenue,    Burlington, NJ 08016-1124
516044585       Capital One, N.A.,    c o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
515945760      +Credit Control, LLC,    P.O. Box 31179,    Tampa, FL 33631-3179
516164242       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
515945762       Emerg Phy Assoc. of S. Jersey P.C.,    P.O. Box 1109,    Minneapolis, MN 55440-1109
515945764      +Kivitz McKeever Lee, PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
516003189       Lourdes Medical Center,    PO Box 820869,    Philadelphia, PA 19182-0869
515945765       Lourdes Medical Center of Burlington Cty,    Patient Financial Services,    P.O. Box 822112,
                 Philadelphia, PA 19182-2112
515945768       Rushmore Service Center,    PO Box 5508,    Sioux Falls, SD 57117-5508
516050895      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
515945770      +Township of Burlington Water & Sewer,    851 Old York Road,    Burlington, NJ 08016-3829
515945771       Virtua Health,    PO Box 6010,    Bellmawr, NJ 08099-6010
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2016 23:32:07      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2016 23:32:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: camanagement@mtb.com Nov 14 2016 23:31:45      M&T Bank,    PO Box 1288,
                 Buffalo, NY  14240-1288
515945759       E-mail/Text: bkrpt@retrievalmasters.com Nov 14 2016 23:32:00
                 American Medical Collection Agency,    PO Box 1235,    Elmsford, NY 10523-0935
515945761       E-mail/Text: creditonebknotifications@resurgent.com Nov 14 2016 23:31:09      Credit One Bank,
                 PO Box 60500,    City Of Industry, CA 91716-0500
516061175       E-mail/Text: cio.bncmail@irs.gov Nov 14 2016 23:31:26      Dept of Treasury IRS,   POB 7346,
                 Philadelphia, PA  19101-7346
516142802       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2016 23:27:33
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516015726      +E-mail/Text: camanagement@mtb.com Nov 14 2016 23:31:45      Lakeview Loan Servicing, LLC,
                 C/O M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
515945766       E-mail/Text: camanagement@mtb.com Nov 14 2016 23:31:45      M&T Bank,    P.O. Box 62182,
                 Baltimore, MD 21264-2182
516155549      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 14 2016 23:32:23      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
515945767      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2016 23:27:32
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515945758       Albert Russo,    Standing Chapter 13 Trustee
aty*           +Kivitz McKeever Lee, PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
516077540*      CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
515945763*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    PO Box 724,
                 Springfield, NJ 07081-0724)
515992381*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
515945769*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
                                                                                            TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Nov 14, 2016
                              Form ID: 185             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2016 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette    on behalf of Debtor Kyle E. Hesson lawoffices@quigleyfayette.com
              Kevin C. Fayette    on behalf of Joint Debtor Tamiko P. Hesson lawoffices@quigleyfayette.com
                                                                                                TOTAL: 5
```