Last revised 8/1/15

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

IN RE: **Kyle E. Hesson**
**Tamiko P. Hesson**

Debtor(s)

Case No.: **16-10654**
Judge:
Chapter: **13**

# CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original                    ■ Modified/Notice Required              ■ Discharge Sought
☐ Motions Included       ☐ Modified/No Notice Required        ☐ No Discharge Sought

Date: _____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|
| a. The Debtor shall pay **418.00 Monthly*** to the Chapter 13 Trustee, starting on **February 1, 2016** for approximately **42** months.<br><br>b. The Debtor shall make plan payments to the Trustee from the following sources:<br>    ■ Future Earnings<br>    ☐ Other sources of funding (describe source, amount and date when funds are available): |

1

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Kevin Fayette, Esquire KF1039** | **Attorney Fees** | 2,310.00 |
| **Internal Revenue Service** | **Taxes and certain other debts** | 2,950.66 |
| **State of New Jersey** | **Taxes and certain other debts** | 5,903.67 |

## Part 4: Secured Claims

a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Township of Burlington Water & Sewer** | **14 New York Avenue Burlington, NJ 08016 Burlington County** <br><br> **Purchased by Debtors in December, 2002 for $200,000.00** | 2,430.00 | 0.00 | 2,430.00 | 0.00 |

### b. Modification

1.) The Debtor values collateral as indicated below.  If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender
Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **M&T Bank** | **14 New York Avenue Burlington, NJ 08016  Burlington County**<br><br>**Purchased by Debtors in December, 2002 for $200,000.00** | **300,000.00** | **0.00** |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| -NONE- |

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |

## Part 5:  Unsecured Claims

a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:
  _____   Not less than $____ to be distributed *pro rata*

  _____   Not less than ___ percent

  __x__   *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

### Part 6:  Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **-NONE-** | | |

### Part 7:  Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **-NONE-** | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| **-NONE-** | | | |

### Part 8:  Other Plan Provisions

a. **Vesting of Property of the Estate**
   - ■ Upon Confirmation
   - ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

### d. Post-petition claims

The Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### e. Other Provisions:
**\*This plan is a step plan or has lumpsum payments as follows: $418.00 per month for 10 months, then $465.00 per month for 32 months**

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: **1/14/16**.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| **Debtors are in the process of working on loan modification outside the plan. If they are unable to receive loan modification, property will be surrendered.** | **Debtors are in the process of working on loan modification outside the plan. If they are unable to receive loan modification, property will be surrendered.** |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☐ Yes    ■ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    **November 10, 2016**          /s/ Kevin Fayette, Esquire
                                       **Kevin Fayette, Esquire KF1039**
                                       Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:   **November 10, 2016**          /s/ Kyle E. Hesson
                                       **Kyle E. Hesson**
                                       Debtor

Date:   **November 10, 2016**          /s/ Tamiko P. Hesson
                                       **Tamiko P. Hesson**
                                       Joint Debtor

5

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-10654-MBK
Kyle E. Hesson                                                            Chapter 13
Tamiko P. Hesson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 2           Date Rcvd: Nov 14, 2016
                              Form ID: pdf901         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2016.
```
db/jdb         +Kyle E. Hesson,   Tamiko P. Hesson,   14 New York Avenue,   Burlington, NJ 08016-1124
516044585       Capital One, N.A.,   c o Becket and Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
515945760      +Credit Control, LLC,   P.O. Box 31179,   Tampa, FL 33631-3179
516164242       Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
515945762       Emerg Phy Assoc. of S. Jersey P.C.,   P.O. Box 1109,   Minneapolis, MN 55440-1109
515945764      +Kivitz McKeever Lee, PC,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
516003189       Lourdes Medical Center,   PO Box 820869,   Philadelphia, PA 19182-0869
515945765       Lourdes Medical Center of Burlington Cty,   Patient Financial Services,   P.O. Box 822112,
                 Philadelphia, PA 19182-2112
515945768       Rushmore Service Center,   PO Box 5508,   Sioux Falls, SD 57117-5508
516050895      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,   Division Of Taxation,   Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
515945770      +Township of Burlington Water & Sewer,   851 Old York Road,   Burlington, NJ 08016-3829
515945771       Virtua Health,   PO Box 6010,   Bellmawr, NJ 08099-6010
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2016 23:32:07    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2016 23:32:02    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: camanagement@mtb.com Nov 14 2016 23:31:45    M&T Bank,   PO Box 1288,
                 Buffalo, NY  14240-1288
515945759       E-mail/Text: bkrpt@retrievalmasters.com Nov 14 2016 23:32:00
                 American Medical Collection Agency,   PO Box 1235,   Elmsford, NY 10523-0935
515945761       E-mail/Text: creditonebknotifications@resurgent.com Nov 14 2016 23:31:14    Credit One Bank,
                 PO Box 60500,   City Of Industry, CA 91716-0500
516061175       E-mail/Text: cio.bncmail@irs.gov Nov 14 2016 23:31:37    Dept of Treasury IRS,   POB 7346,
                 Philadelphia, PA  19101-7346
516142802       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2016 23:27:36
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516015726      +E-mail/Text: camanagement@mtb.com Nov 14 2016 23:31:45    Lakeview Loan Servicing, LLC,
                 C/O M&T BANK,   PO BOX 1288,   Buffalo, NY 14240-1288
515945766       E-mail/Text: camanagement@mtb.com Nov 14 2016 23:31:45    M&T Bank,   P.O. Box 62182,
                 Baltimore, MD 21264-2182
516155549      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 14 2016 23:32:26    Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
515945767      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2016 23:27:36
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 11
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
515945758       Albert Russo,   Standing Chapter 13 Trustee
aty*           +Kivitz McKeever Lee, PC,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
516077540*      CAPITAL ONE, N.A.,   C/O BECKET AND LEE LLP,   PO BOX 3001,   MALVERN, PA 19355-0701
515945763*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,   PO Box 724,
                 Springfield, NJ 07081-0724)
515992381*      Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
515945769*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Division of Taxation,   P.O. Box 245,
                 Trenton, NJ 08695-0245)
                                                                                   TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 14, 2016
                              Form ID: pdf901          Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin C. Fayette    on behalf of Debtor Kyle E. Hesson lawoffices@quigleyfayette.com
          Kevin C. Fayette    on behalf of Joint Debtor Tamiko P. Hesson lawoffices@quigleyfayette.com
                                                                                              TOTAL: 5
```