UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Quigley & Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re: Kyle & Tamiko Hesson

**Order Filed on January 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 16-10654

Adv. No.

Hearing Dates: 12/13/16, 12/27/16; 1/10/17

Judge: (MBK)

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 24, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No. 16-10654
Order Granting Supplemental Chapter 13 Fees
Page 2

---

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that the Law Offices of Quigley & Fayette, LLC, the applicant, is allowed a fee of $700.00 for services rendered and expenses in the amount of $0.00 for a total of $700.00. The allowance shall be payable:

    __XX__        Through the Chapter 13 plan as an administrative priority

    _____        Outside the plan