UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Quigley & Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re: Kyle & Tamiko Hesson

Order Filed on October 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-10654

Hearing Dates: 8/15/17; 10/3/17

Judge: (MBK)

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 12, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No. 16-10654
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that the Law Offices of Quigley & Fayette, LLC, the applicant, is allowed a fee of $500.00 for services rendered and expenses in the amount of $0.00 for a total of $500.00. The allowance shall be payable:

   XX          Through the Chapter 13 plan as an administrative priority

             Outside the plan