Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  16−10654−MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Kyle E. Hesson                               Tamiko P. Hesson
   14 New York Avenue                   fka Tamiko Perry
   Burlington, NJ 08016                 14 New York Avenue
                                              Burlington, NJ 08016

Social Security No.:
   xxx−xx−9423                                     xxx−xx−3572

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/11/18 at 09:00 AM

to consider and act upon the following:

*50* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 8/10/2018. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 8/17/18

                                                                  Jeanne Naughton
                                                                  Clerk, U.S. Bankruptcy Court